UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **TFORCE FREIGHT, INC.,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ATKORE INTERNATIONAL, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff, TForce Freight Inc. ("TForce"), a Virginia corporation, by and through its undersigned counsel Matthew C. Wasserman of Dinsmore & Shohl LLP, as and for its Complaint for Breach of Contract and, in the alternative, Unjust Enrichment, against Defendant, Atkore International Inc. ("Atkore"), a Delaware corporation, states and alleges as follows:

## PARTIES

1. TForce is a corporation incorporated under the laws of the State of Virginia having its principal place of business located at 1000 Semmes Avenue, Richmond, Virginia 23224.

2. Atkore is a corporation incorporated under the laws of the State of Delaware having its principle place of business located at 16100 South Lathrop Avenue, Harvey, Illinois 60426.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because TForce is a citizen of a different state than Atkore, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. Venue is proper in this District and Division pursuant to 28 U.S.C. §1391(b)(1) because Atkore is domiciled in the Northern District of Illinois, with its headquarters located at 16100 Lathrop Avenue, Harvey, Illinois 60426.

## FACTS

5. TForce is engaged in the business of providing regional, interregional, and long-haul transportation of palletized and heavy less-than-truckload shipments.

6. In or about 2021, Atkore engaged TForce (collectively, the "Parties") to transport a number of shipments. From on or about February 24, 2021, through May 21, 2024, Atkore engaged TForce to deliver various loads, including piping, drums, pails, and bags to Atkore's customers.

7. TForce and Atkore had an ongoing business relationship pursuant to which the Parties executed a series of written bills of lading in connection with each shipment.

8. Each and every time Atkore contracted with TForce, the Parties executed a separate bill of lading using the same Uniform Straight Bill of Lading form.

9. The Uniform Straight Bill of Lading form provides that the freight was "prepaid", meaning that all charges associated with its transport, were the responsibility of Atkore. (*See* Ex. A, "Send prepaid freight bill with a copy of this bill of lading to: Atkore International.")

10. As a matter of course, TForce sent an invoice for its services related to each shipment, and as reflected in the corresponding bill of lading, to Atkore.

11. Each invoice stated the payment date for such services rendered, ranging from payment being due upon receipt, to payment being due within one to four months.

12. Atkore has failed to remit payments to TForce in breach of the bills of lading.

13. As of the date of this filing, a total of $104,934.12 remains due and owing to TForce by Atkore.

## COUNT I
### (Breach of Contract)

14. TForce re-alleges and incorporates by reference Paragraphs 1-13 as though fully stated herein.

15. TForce and Atkore entered into a valid and enforceable agreement each time the Parties executed a bill of lading.

16. Pursuant to each individual bill of lading, TForce provided Atkore the services that Atkore requested, and issued invoices for the same.

17. Pursuant to the bills of lading, TFoce incurred in excess of $104,000 in freight and related charges.

18. As of the date of this filing, a total of $104,934.12 remains unpaid.

19. Atkore has refused to satisfy its obligations under the each individual bill of lading by paying its outstanding balance.

20. TForce has fully performed all of its obligations owed under each individual bill of lading.

21. Atkore has breached its obligations owed to TForce under each individual bill of lading by failing and refusing to pay TForce for the invoiced amounts due and owing.

22. As the direct and proximate cause of Atkore's breach, TForce has sustained damages in the amount of $104,934.12.

23. TForce is entitled to statutory pre-judgment interest at the rate of 5% per annum, as a result of Atkore's vexatious delay and unreasonable refusal to pay the balance due, pursuant to 815 ILCS 205/2.

WHEREFORE, Plaintiff, TForce Freight Inc. prays for judgment in its favor and against Defendant, Atkore International Inc., for damages in the amount of $104,934.12, plus statutory pre-judgment interest, attorneys' fees, and costs of suit.

## IN THE ALTERNATIVE
## COUNT II
## (Unjust Enrichment)

24. In the alternative, TForce re-alleges and incorporates by reference Paragraphs 1-23 as though fully stated herein.

25. At the request of Atkore, TForce conferred a benefit upon Atkore by providing the services described herein.

26. Atkore received and accepted the benefit of said services provided by TForce.

27. At all times material hereto, Atkore was aware that TForce was providing the aforesaid services to Atkore and that TForce expected to be paid for such services.

28. At all times material hereto, Atkore, with the aforesaid knowledge, permitted TForce to provide said services.

29. At all times material hereto, Atkore was unjustly enriched by retaining the benefit of receiving said services without paying TForce fair and reasonable compensation.

30. The transportation services rendered by TForce have a reasonable value of the amount expended by TForce, $104,934.12.

31. Allowing Atkore to retain the benefit of said services without paying fair compensation would be unjust.

32. By reason of the aforesaid unjust enrichment of Atkore at TForce's expense and Atkore is obligated to pay TForce the *quantum meruit* value of the services described herein.

33. TForce is entitled to statutory pre-judgment interest at the rate of 5% per annum, as a result of Atkore's vexatious delay and unreasonable refusal to pay the balance due, pursuant to 815 ILCS 205/2.

WHEREFORE, Plaintiff, TForce Freight, Inc. prays for judgment in its favor and against Defendant, Atkore International Inc., for damages in the amount of $104,934.12, plus statutory pre-judgment interest.

Dated: July 10, 2024

Matthew C. Wasserman, Esq.
Rebekah S. Mintzer, Esq.
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
Matthew.wasserman@dinsmore.com
Rebekah.mintzer@dinsmore.com
(312) 837-4316

**TFORCE FREIGHT, INC.**,
Plaintiff,


By: */s/ Matthew C. Wasserman*
      One of Its Attorneys