IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TFORCE FREIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATKORE INTERNATIONAL, INC., <br><br> Defendant. | Case No.: 1:24-cv-05840 <br><br> Judge Thomas M. Durkin <br><br> **JURY DEMAND** |

### DEFENDANT ATKORE INTERNATIONAL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
### PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT

Defendant, Atkore International, Inc. ("Atkore" or "Defendant") by its attorneys, SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., and, stating as follows:

### ANSWER

### PARTIES

1. TForce is a corporation incorporated under the laws of the State of Virginia having its principal place of business located at 1000 Semmes Avenue, Richmond, Virginia 23224.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1.

2. Atkore is a corporation incorporated under the laws of the State of Delaware having its principal place of business located at 16100 South Lathrop Avenue, Harvey, Illinois 60426.

**ANSWER:** Defendant admits the allegations contained in Paragraph 2.

**JURISDICITION AND VENUE**

3. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because TForce is a citizen of a different state than Atkore, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 3.

4. Venue is proper in this District and Division pursuant to 28 U.S.C. §1391(b)(1) because Atkore is domiciled in the Northern District of Illinois, with its headquarters located at 16100 Lathrop Avenue, Harvey, Illinois 60426.

**ANSWER:** Defendant admit the allegations contained in Paragraph 4.

**FACTS**

5. TForce is engaged in the business of providing regional, interregional, and long-haul transportation of palletized and heavy less-than-truckload shipments.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 5.

6. In or about 2021, Atkore engaged TForce (collectively, the "Parties") to transport a number of shipments. From on or about February 24, 2021, through May 21, 2024, Atkore engaged TForce to deliver various loads, including piping, drums, pails, and bags to Atkore's customers.

**ANSWER:** Defendant denies the allegations contained in Paragraph 6.

7. TForce and Atkore had an ongoing business relationship pursuant to which the Parties executed a series of written bills of lading in connection with each shipment.

**ANSWER:** Defendant denies the allegations contained in Paragraph 7.

8. Each and every time Atkore contracted with TForce, the Parties executed a separate bill of lading using the same Uniform Straight Bill of Lading form.

**ANSWER:** Defendant denies the allegations contained in Paragraph 8.

9. The Uniform Straight Bill of Lading form provides that the freight was "prepaid", meaning that all charges associated with its transport, were the responsibility of Atkore. *(See* Ex. A, "Send prepaid freight bill with a copy of this bill of lading to: Atkore International.")

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 9.

10. As a matter of course, TForce sent an invoice for its services related to each shipment, and as reflected in the corresponding bill of lading, to Atkore.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 10.

11. Each invoice stated the payment date for such services rendered, ranging from payment being due upon receipt, to payment being due within one to four months.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11.

12. Atkore has failed to remit payments to TForce in breach of the bills of lading.

**ANSWER:** Defendant denies the allegations contained in Paragraph 12.

13. As of the date of this filing, a total of $104,934.12 remains due and owing to TForce by Atkore.

**ANSWER:** Defendant denies the allegations contained in Paragraph 13.

# COUNT I
## (BREACH OF CONTRACT)

14. TForce re-alleges and incorporates by reference Paragraphs 1-13 as though fully stated herein.

**ANSWER:** Defendant re-alleges and incorporates by reference its responses to Paragraphs 1-13 as though fully sated herein.

15. TForce and Atkore entered into a valid and enforceable agreement each time the Parties executed a bill of lading.

**ANSWER:** Defendant denies the allegations contained in Paragraph 15

16. Pursuant to each individual bill of lading, TForce provided Atkore the services that Atkore requested, and issued invoices for the same.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph16.

17. Pursuant to the bills of lading, TForce incurred in excess of $104,000 in freight and related charges.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17.

18. As of the date of this filing, a total of $104,934.12 remains unpaid.

**ANSWER:** Defendant denies the allegations contained in Paragraph 18.

19. Atkore has refused to satisfy its obligations under the each [SIC] individual bill of lading by paying its outstanding balance.

**ANSWER:** Defendant denies the allegations contained in Paragraph 19.

20. TForce has fully performed all of its obligations owed under each individual bill of lading.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 20.

21. Atkore has breached its obligations owed to TForce under each individual bill of lading by failing and refusing to pay TForce for the invoiced amounts due and owing.

**ANSWER:** Defendant denies the allegations contained in Paragraph 21.

22. As the direct and proximate cause of Atkore's breach, TForce has sustained damages in the amount of $104,934.12.

**ANSWER:** Defendant denies the allegations contained in Paragraph 22.

23. TForce is entitled to statutory pre-judgment interest at the rate of 5% per annum, as a result of Atkore's vexatious delay and unreasonable refusal to pay the balance due, pursuant to 815 ILLS 205/2.

**ANSWER:** Defendant denies the allegations contained in Paragraph 23.

## COUNT I
### (BREACH OF CONTRACT)

24. In the alternative, TForce re-alleges and incorporates by reference Paragraphs 1-23 as though fully stated herein.

**ANSWER:** In the alternative, Defendant re-alleges and incorporates by reference its responses to Paragraphs 1-23 as though fully sated herein.

25. At the request of Atkore, TForce conferred a benefit upon Atkore by providing the services described herein.

**ANSWER:** Defendant denies the allegations contained in Paragraph 25.

26. Atkore received and accepted the benefit of said services provided by TForce.

**ANSWER:** Defendant denies the allegations contained in Paragraph 26.

27. At all times material hereto, Atkore was aware that TForce was providing the aforesaid services to Atkore and that TForce expected to be paid for such services.

**ANSWER:** Defendant denies the allegations contained in Paragraph 27.

28. At all times material hereto, Atkore, with the aforesaid knowledge, permitted TForce to provide said services.

**ANSWER:** Defendant denies the allegations contained in Paragraph 28.

29. At all times material hereto, Atkore was unjustly enriched by retaining the benefit of receiving said services without paying TForce fair and reasonable compensation.

**ANSWER:** Defendant denies the allegations contained in Paragraph 29.

30. The transportation services rendered by TForce have a reasonable value of the amount expended by TForce $104,934.12.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30.

31. Allowing Atkore to retain the benefit of said services without paying fair compensation would be unjust.

**ANSWER:** Defendant denies the allegations contained in Paragraph 31.

32. By reason of the aforesaid unjust enrichment of Atkore at TForce's expense and Atkore is obligated to pay TForce the *quantum meruit* value of the services described herein.

**ANSWER:** Defendant denies the allegations contained in Paragraph 32.

33. TForce is entitled to statutory pre-judgment interest at the rate of 5% per annum, as a result of Atkore's vexatious delay and unreasonable refusal to pay the balance due, pursuant to 815 ILCS 205/2.

**ANSWER:** Defendant denies the allegations contained in Paragraph 33.

WHEREFORE, Defendant Atkore International, Inc. requests that judgement be entered in its favor and against Plaintiff Tforce Freight, Inc., that Plaintiff take nothing in this case including damages in any amount or pre-judgment interest, That Atkore International, Inc. be awarded it attorneys' fees and costs of suit, and for any other relief this Court deems just and appropriate.

**JURY DEMAND**

Defendant Atkore International, Inc. demands a jury trial on all issues so triable.

Dated: September 17, 2024                    ATKORE INTERNATIONAL, INC.

                                             By: /s/ *Joseph L. Kish*
                                                  Joseph L. Kish
                                                  One of Its Attorneys

Jospeh L. Kish, Esq.
Segal McCambridge Singer & Mahoney, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
312.645.7800
jkish@smsm.com

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system and that the foregoing document was served upon all counsel of record.

/s/ *Joseph L. Kish*
Joseph L. Kish